IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>60 Livingston Avenue<br>St. Paul, MN 55107,<br>In its Capacity as Successor Trustee,<br><br>and<br><br>U.S. BANK TRUST NATIONAL<br>ASSOCIATION<br>60 Livingston Avenue<br>St. Paul, MN 55107,<br>In its Capacity as Successor Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>BRANCH BANKING & TRUST COMPANY<br>200 West Second Street<br>Winston-Salem, NC 27101<br><br>Defendant. | CA No. 1:07-CV-01055(PLF) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for U.S. Bank Trust National Association certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of U.S. Bank Trust National Association, which have any outstanding securities in the hands of the public: U.S. Bancorp.

These representations are made in order that judges of this court may determine the need for recusal.

DORSEY & WHITNEY LLP

By: _____
Creighton R. Magid (DC Bar #476961)
1050 Connecticut Avenue, NW
Suite 1250
Washington, DC 20036
Telephone: (202) 442-3555
Facsimile: (202) 442-3199
magid.chip@dorsey.com

Counsel of Record for
Plaintiff U.S. Bank Trust National Association