**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION and U.S. BANK TRUST NATIONAL ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BRANCH BANKING & TRUST COMPANY,<br><br>　　　　Defendant. | Civil Action No. 1:07-cv-1055-PLF |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Branch Banking & Trust Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Branch Banking & Trust Company, which have any outstanding securities in the hands of the public: BB&T Corp.

These representations are made in order that judges of this court may determine the need for recusal.

July 12, 2007　　　　　　　　　　　　**KILPATRICK STOCKTON LLP**

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　Svetlana S. Gans (D.C. Bar # 478651)
　　　　　　　　　　　　　　　　　　607 Fourteenth Street, NW, Suite 900
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Telephone: (202) 639-4732
　　　　　　　　　　　　　　　　　　Facsimile: (202) 585-0052
　　　　　　　　　　　　　SGans@KilpatrickStockton.com

　　　　　　　　　　　　　　　　　　Hayden J. Silver, III
　　　　　　　　　　　　　　　　　　Michael D. Crisp
　　　　　　　　　　　　　　　　　　1100 Peachtree Street, Suite 2800
　　　　　　　　　　　　　　　　　　Atlanta, GA 30309

Telephone: (404) 815-6148
Facsimile: (404) 815-6555

Counsel for
Defendant Branch Banking & Trust Company

Case 1:07-cv-01055-PLF   Document 4   Filed 07/12/2007   Page 2 of 3

2

# **CERTIFICATE OF SERVICE**

This is to certify that I served on July 12, 2007, via the Court's Electronic Filing System, a true and correct copy of Defendant's Certificate Under Local Civil Rule 7.1 upon Plaintiffs' Counsel of Record:

Creighton R. Magid
DORSEY & WHITNEY, L.L.P.
1050 Connecticut Avenue, NW
Suite 1250
Washington, DC 20036
(202) 442-3555
Fax: (202) 442-3199
Email: magid.chip@dorseylaw.com

    /s/
Svetlana S. Gans