UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION and U.S. BANK TRUST NATIONAL ASSOCIATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRANCH BANKING AND TRUST COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1055 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## TRANSFER ORDER

This matter is before the Court on defendant's Motion to Dismiss or, in the alternative, to Transfer, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure. Defendants assert that there is an earlier filed action involving the same parties and issues in the United States District Court for the Southern District of Florida. No opposition was filed. See Local Civil Rule 7(b). It is hereby

ORDERED that defendant's Motion to Dismiss or, in the alternative, to Transfer Venue is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the motion to dismiss [3] is DENIED; it is

FURTHER ORDERED that the motion to transfer [5] is GRANTED; it is

FURTHER ORDERED that this case shall be TRANSFERRED to the United States District Court for the Southern District of Florida; it is

FURTHER ORDERED that the Clerk of the court shall transfer all papers in this

proceeding, together with a certified copy of this Order, to the United States District Court for the Southern District of Florida; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of this Court.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  July 27, 2007